■ J&S CONVEYERS REALTY, LLC, Respondent, v ROBERT F. GREENBAUM et al., Defendants, and POINKERS, INC., as Successor in Interest to CUSTOM AIR DESIGN, INC., Appellant. [937 NYS2d 925]

All concur except Green, J., who is not participating. Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.